■ CATRINA NESPER, Respondent, v GOLDMAG HACKING CORP. et al., Appellants. [911 NYS2d 287]—

Order, Supreme Court, New York County (Paul Wooten, J.), entered December 9, 2009, which, to the extent appealed from as limited by the briefs, granted plaintiff's motion for summary judgment on the issue of liability, unanimously reversed, on the law, without costs, and the motion denied.

Although plaintiff made a prima facie showing of entitlement to summary judgment on the issue of liability by supplying an affidavit stating that she was struck by defendant's vehicle while crossing a street in a crosswalk with the green light, defendant met his burden of establishing the existence of material issues of fact requiring a trial by stating in his affidavit that his vehicle never struck plaintiff (*see Alvarez v Prospect Hosp.*, 68 NY2d 320, 324 [1986]). Defendant's affidavit did not contradict his statement to the police so as to warrant rejecting it as a belated attempt to avoid the consequences of an earlier admission. Accordingly, there was no basis for the grant of partial summary judgment to plaintiff. Concur—Saxe, J.P., Acosta, Freedman, Richter and Abdus-Salaam, JJ.

■ NICHOLAS STEPHAN et al., Appellants, v JAMES CAWLEY, Respondent. [909 NYS2d 628]—An appeal having been taken to this Court by the above-named appellant from an order of the Supreme Court, New York County (Richard B. Lowe III, J.), entered on or about June 8, 2009, and said appeal having been argued by counsel for the respective parties; and due deliberation having been had thereon, and upon the stipulation of the parties hereto dated September 20, 2010, it is unanimously ordered that said appeal be and the same is hereby withdrawn in accordance with the terms of the aforesaid stipulation. Concur—Saxe, J.P., Acosta, Freedman, Richter and Abdus-Salaam, JJ. **[Prior Case History: 24 Misc 3d 1204(A), 2009 NY Slip Op 51248(U).]**